PHILLIP A. TALBERT
Acting United States Attorney
JANELLE A. DI MINO
Certified Law Student
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARCELINA C. SOLIS,<br><br>                    Defendant. | Case No. 1:21-po-00240-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Janelle A. Di Mino, Certified Student, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: October 15, 2021                    Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                              By:     /s/ Janelle A. Di Mino
                                           JANELLE A. DI MINO
                                           Certified Law Student

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

_____

UNITED STATES MAGISTRATE JUDGE